# Court of Appeals
# of the State of Georgia

ATLANTA,  November 04, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0488. ANTHONY WHIPPLE v. THE STATE.**

In 2013, Anthony Whipple entered a guilty plea to voluntary manslaughter and possession of a firearm by a convicted felon. In June 2019, he filed a "motion to set aside judgment void for lack of jurisdiction over the subject matter," and a motion for an evidentiary hearing on the motion to set aside. The trial court denied the motions, and Whipple filed this appeal.[1] We lack jurisdiction.

"It has been held many times that a motion to set aside a judgment is inappropriate in a criminal case." *Lacey v. State*, 253 Ga. 711, 711 (324 SE2d 471) (1985). Regardless of how it is styled, a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Thus, Whipple is not authorized to collaterally attack his conviction via his motion to set aside, and the denial of his motion for an evidentiary hearing is moot and not subject to review. See id.; *Harper v. State*, 286 Ga. 216, 218 (1) & (2) (686 SE2d 786) (2009); see also *Scarbrough Group v. Worley*, 290 Ga. 234, 236 (719 SE2d 430) (2011).

---

[1] Whipple filed the appeal in the Supreme Court, which transferred it here. See Supreme Court Case No. S19A1587 (transferred Aug. 19, 2019).

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  11/04/2019*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*